1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN 111500)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile: (415) 391-7808

5  Attorneys for Defendants
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  LONG TERM DISABILITY PLAN and
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  SHORT TERM DISABILITY PLAN

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | DEBI MAZOR,                          )  CASE NO. C 05 4171 TEH
                                          )
14 |              Plaintiff,              )  STIPULATION OF DISMISSAL OF
                                          )  ACTION WITH PREJUDICE ; ORDER
15 |      v.                              )
                                          )
16 | ORRICK, HERRINGTON & SUTCLIFFE LLP'S )
   | SHORT AND LONG TERM DISABILITY PLAN, )
17 |                                      )
                                          )
18 |              Defendants.             )
                                          )

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Plaintiff Debi Mazor and defendants Orrick, Herrington & Sutcliffe LLP Long Term Disability Plan and Orrick, Herrington & Sutcliffe LLP Short Term Disability Plan (erroneously sued as "Orrick, Herrington & Sutcliffe LLP's Short and Long Term Disability Plan"), by and through their respective counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action may be, and hereby is, dismissed with prejudice. Each party shall bear her or its own costs of suit.

Dated: May 20, 2006

FRICKER & MELLEN & ASSOCIATES

By _____
James G. Mellen
Timothy J. Fricker
Attorneys for Plaintiff DEBI MAZOR

Dated: May 31, 2006

KELLY, HERLIHY & KLEIN LLP

By _____
Laura E. Fannon
Attorneys for Defendants ORRICK,
HERRINGTON & SUTCLIFFE LLP
LONG TERM DISABILITY PLAN and
ORRICK, HERRINGTON & SUTCLIFFE
LLP SHORT TERM DISABILITY PLAN

## ORDER

IT IS SO ORDERED.

Dated: _____
 E. HENDERSON
United States District Court
Judge Thelton E. Henderson

C:\Documents and Settings\tjf\My Documents\Mellen\...

- 1 -

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. C 05 4171 TEH